UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00148-SI |
| v. | **INFORMATION** |
| **ALFREDO GONZALEZ-RODRIGUEZ, a.k.a. MARTIN ROBLES PINEDA,** | **21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846** |
| | **Forfeiture Allegation** |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT 1**</u>
**(Conspiracy to Distribute and Possess with Intent to Distribute Heroin and Methamphetamine)**
**(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846)**

On or about February 13, 2018, the exact beginning and ending date being unknown, within the District of Oregon, defendant **ALFREDO GONZALEZ-RODRIGUEZ, a.k.a. MARTIN ROBLES PINEDA** did knowingly and intentionally combine, conspire, confederate, and agree with others, both known and unknown, to distribute and possess with intent to distribute heroin, a Schedule I controlled substance, and methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

///

///

**Information**                                                                                                                          **Page 1**

## FORFEITURE ALLEGATION
**(Controlled Substance Offense)**

Upon conviction of the offense in Count 1, defendant **ALFREDO GONZALEZ-RODRIGUEZ, a.k.a. MARTIN ROBLES PINEDA** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: April 15, 2024.                           Respectfully submitted,

                                                 WILLIAM M. NARUS
                                                 Acting United States Attorney

                                                 /s/ *Scott Kerin*
                                                 SCOTT M. KERIN, OSB # 965128
                                                 Assistant United States Attorney